UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re: Noemi Gerena

CHAPTER 7
Case No.: 20-10604

**DEBTOR.**

-------------------------------------------------------X

## DISCLOSURE OF COMPENSATION

Pursuant to 11 U.S.C. Section 329(a) and Bankruptcy Code Rule 2016(b), I hereby certify:

1. I am a licensed attorney, duly admitted to practice law in the Southern District of New York, the Eastern District of New York and the State of New York:

2. I am not the attorney of record in this matter, but I will represent the above-named debtor at the 341(a) Meeting of Creditors at One Bowling Green, Southern District, New York.

3. The attorney of record in this matter has agreed to pay me a fee no greater than $135 for representing the Debtor at the 341(a) Creditor's Meeting.

4. It is my belief and understanding that my appearance fee will be paid from the operating account of the attorney of record. No charge for my services has been, or will be, imposed or paid by the Debtor.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment that will be made to me for representing the Debtor at the 341 (a) Meeting of Creditors.

Dated: _____ April 11, 2020

Lisa J. Kristal, Esq.
57 Second Avenue
New York, NY 10003